# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. **Each attorney representing a party must complete a separate form.** (COMPLETE ENTIRE FORM unless otherwise noted).*

**Fifth Cir. Case NO.** 25-10743

Carmen Purl, et al., Plaintiff vs. United States Department of Health and Human Services, et al., Defendant v. City of Columbus, Ohio; City of Madison, Wisconsin; Doctors for America, Movants - Appellants

(Short Title)

The Clerk will enter my appearance as Counsel for Plaintiffs-Appellees Carmen Purl, M.D.; and Carmen Purl, M.D., PLLC d/b/a Dr. Purl's Fast Care Walk In Clinic

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**
- [ ] Petitioner(s)
- [ ] Respondent(s)
- [ ] Amicus Curiae
- [ ] Appellant(s)
- [✓] Appellee(s)
- [ ] Intervenor

[✓] I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

s/ Natalie Deyo Thompson (Signature)
nthompson@adflegal.org (e-mail address)

Natalie Deyo Thompson (Type or print name)
Texas/24088529 & District of Columbia/90026665 (State/Bar No.)

(Title, if any)

Alliance Defending Freedom (Firm or Organization)

Address: 440 First Street NW, Suite 600
City & State: Washington, DC    Zip: 20001
Primary Tel.: 202-393-8690    Cell Phone: (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Natalie Deyo Thompson

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
[ ] Yes  [✓] No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
[✓] Yes  [ ] No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
[ ] Yes  [✓] No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
(2) 5:24-cv-00204 State of Texas v. United States Department of Health and Human Services

Name of Court or Agency: United States District Court for the Northern District of Texas

Status of Appeal (if any): N/A

Other Status (if not appealed): Dispositive motion briefing deadline 07/11/2025. Motion to Intervene fully briefed.

**NOTE: Attach sheet to give further details.**

DKT-5A REVISED June 2023