

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

July 30, 2025

**BY E-FILING**

Lyle W. Cayce
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130-3408

**Appellant's Unopposed Request for Extension of Time to File Brief**
***Carmen Purl, et al. v. United States Department of Health and Human Services, et al.***
**25-10743**

To the Honorable Clerk of Court:

I represent and am counsel to Proposed-Intervenor-Defendants-Appellants ("Intervenor-Appellants") the City of Columbus, Ohio; the City of Madison, Wisconsin; and Doctors for America in the above-referenced appeal.

Pursuant to Fed. R. App. P. 26(b) and 5th Circuit Rule 31.4.3.1, Intervenor-Appellants Columbus, Madison, and Doctors for America respectfully submit this request for a 30-day extension of time (Level 1) to file their brief, up to and including September 17, 2025.

Intervenor-Appellants' current deadline to submit their brief is August 18, 2025. Fed. R. App. P. 26(b) allows the Court to extend the time to file for good cause. Intervenor-Appellants request this extension because an amended final judgment on the merits in the case at hand, in which Intervenor-Appellants sought to intervene, was issued on July 3, 2025. *Purl v. United States Dep't of Health & Hum. Servs.*, No. 2:24-CV-228-Z (N.D. Tex. July 3, 2025), Dkt. No. 114. Whether an appeal is taken from that judgement may influence Intervenor-Appellants' course of action in briefing this appeal.

The requested Level 1 extension is unopposed by all parties and would make Intervenor-Appellants' brief due on September 17, 2025.

Respectfully submitted,

*/s/ Shannon Rose Selden*
Shannon Rose Selden

cc: Counsel of Record

www.debevoise.com