Case No. 25-10743

# UNITED STATES COURT OF APPEALS
## *for the*
## FIFTH CIRCUIT

CARMEN PURL, M.D.; CARMEN PURL, M.D., P.L.L.C., doing business as Dr. Purl's Fast Care Walk In Clinic,
    *Plaintiffs-Appellees*

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services; OFFICE FOR CIVIL RIGHTS OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; PAULA M. STANNARD, in her official capacity as Director of the Office for Civil Rights of the United States Department of Health and Human Services,
    *Defendants-Appellees*

v.

CITY OF COLUMBUS, OHIO; CITY OF MADISON, WISCONSIN; DOCTORS FOR AMERICA,
    *Movants-Appellants*

On Appeal from the United States District Court
for the Northern District of Texas, Amarillo Division

## MOVANTS-APPELLANTS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Shannon Rose Selden
Adam Aukland-Peck
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, New York 10001
(212) 909-6000 (phone)
(212) 909-6836 (fax)
srselden@debevoise.com
aauklandpeck@debevoise.com

*Counsel to Movants-Appellants*

-and-

| | |
|---|---|
| Carrie Y. Flaxman<br>Madeline H. Gitomer<br>DEMOCRACY FORWARD<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090 (phone)<br>cflaxman@democracyforward.org<br>mgitomer@democracyforward.org<br><br>*Counsel to Movants-Appellants* | Aisha Rich<br>Shannon Eddy<br>PUBLIC RIGHTS PROJECT<br>490 43rd Street, Unit #115<br>Oakland, California 94609<br>(510) 214-6960 (phone)<br>aisha@publicrightsproject.org<br>shannon@publicrightsproject.org<br><br>*Counsel to City of Columbus and City of Madison* |

Pursuant to Federal Rule of Appellate Procedure 42(b)(2) and Fifth Circuit Rule 42.1, Movants-Appellants, City of Columbus, Ohio; City of Madison, Wisconsin; and Doctors for America hereby move to dismiss this appeal and request the clerk enter an order of dismissal and issue a copy of the order as a mandate.

On June 16, 2025, Movants-Appellants filed a Notice of Appeal in the above captioned matter from the District Court's Order entered on April 15, 2025, denying Proposed Intervenor-Defendants' Motion to Intervene (the "Intervention Order"). On August 15, 2025 Movants-Appellants filed a protective Notice of Appeal from the District Court's June 18, 2025 Judgment and July 2, 2025 Amended Judgement granting Plaintiffs' Motion for Summary Judgement and denying Defendants' Motion to Dismiss for Lack of Jurisdiction (the "Summary Judgment Orders"). Both notices of appeal were docketed together at Case No. 25-10743.

Defendants have chosen not to appeal the District Court's Summary Judgment Orders, and Movants-Appellants have concluded that the resources of the parties and the courts would be best conserved by dismissing this appeal.

No fees are currently due to the Court, and the parties will each bear their own costs associated with this appeal. Counsel for Movants-Appellants conferred with counsel for Defendants-Appellees and Plaintiffs-Appellees prior to filing this motion and have been informed that this motion is unopposed.

For the foregoing reasons, the Court should direct the clerk to enter an order dismissing the appeal.

| | |
|---|---|
| Date: September 4, 2025 | Respectfully submitted, |
| | */s/ Shannon Rose Selden* |
| | Shannon Rose Selden<br>Adam Aukland-Peck<br>DEBEVOISE & PLIMPTON LLP<br>66 Hudson Boulevard<br>New York, New York 10001<br>(212) 909-6000 (phone)<br>(212) 909-6836 (fax)<br>srselden@debevoise.com<br>aauklandpeck@debevoise.com |
| | *Counsel to Movants-Appellants* |
| | -and- |
| Carrie Y. Flaxman<br>Madeline H. Gitomer<br>DEMOCRACY FORWARD<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090 (phone)<br>cflaxman@democracyforward.org<br>mgitomer@democracyforward.org | Aisha Rich<br>Shannon Eddy<br>PUBLIC RIGHTS PROJECT<br>490 43rd Street, Unit #115<br>Oakland, California 94609<br>(510) 214-6960 (phone)<br>aisha@publicrightsproject.org<br>shannon@publicrightsproject.org |
| *Counsel to Movants-Appellants* | *Counsel to City of Columbus and City of Madison* |

## CERTIFICATE OF SERVICE

I certify that on September 4, 2025, a copy of the foregoing was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Shannon Rose Selden*
Shannon Rose Selden

## CERTIFICATE OF CONFERENCE

I certify that counsel for Movants-Appellants contacted Cynthia Barmore, Counsel for Defendants-Appellees, and Natalie Thompson, Counsel for Plaintiffs-Appellees, regarding this motion. Both advised that this motion is unopposed.

*/s/ Shannon Rose Selden*
Shannon Rose Selden

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2) because it contains 236 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman type style.

*/s/ Shannon Rose Selden*
Shannon Rose Selden